# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07civ 6448                                              Purchased/Filed: July 16, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund*                    Plaintiff

against

*Phoenix of Fairfield County, Inc., a/k/a Phoenix Hardwood Floors Inc.*            Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 19, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits, Individual Practices of Judge Denny Chin, and Individual Practices of Judge Francis on

_____Phoenix of Fairfield County, Inc. a/k/a Phoenix Hardwood Floors Inc._____, the Defendant in this action, by delivering to and leaving with _____Charee Hendricks_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___307 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___43___   Approx. Wt: ___175___   Approx. Ht: ___5'10"___
Color of skin: ___Black___   Hair color: ___Black___   Sex: ___F___   Other: _____

Sworn to before me on this

___23rd___ day of _____July, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706128

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**